CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington

By _____ Deputy Clerk

AO 442   (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Western _____ District of _____ Washington

UNITED STATES OF AMERICA

V.

RIBEIRO TRELHA GUSTAVO

**WARRANT FOR ARREST**

Case Number: MJ17-213

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUL 10 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **RIBEIRO TRELHA GUSTAVO** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court

☐ Pretrial Release Violation Petition   ☐ Probation Violation Petition   ☐ Supervised Release Violation   ☐ Violation Notice

charging him or her with (brief description of offense)
Access Device Fraud – Possession of Device-Making Equipment

☒ in violation of Title  **18**  United States Code, Section(s)  **1029(a)(4) and 2**

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| Brian A. Tsuchida | /s/ |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| United States Magistrate Judge | 5/24/17  Seattle, WA |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED 7/10/17 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/10/17 | ASAC M. Germain | ASAC Michael Germain |