```
 1
 2
 3
 4
 5
 6                    UNITED STATES DISTRICT COURT
 7                   WESTERN DISTRICT OF WASHINGTON
                              AT SEATTLE
 8
```

| UNITED STATES OF AMERICA, | NO. MJ17-213 |
|---|---|
| Plaintiff, | |
| v. | DETENTION ORDER |
| RIBEIRO TRELHA GUSTAVO, a/k/a Matos Fontinele, | |
| Defendant. | |

<u>Offense charged</u>:

    Count 1:    Access Device Fraud-Possession of Device-Making Equipment

<u>Date of Detention Hearing</u>: July 14, 2017

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    1.    Defendant is a citizen of Brazil.

    2.    An immigration detainer has been placed on defendant by the United States Immigration and Customs Enforcement.

    3.    Defendant has no ties to this jurisdiction, and has overstayed his visa.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

4. Defendant has multiple identification cards, and, according to the complaint, has developed working skills in creating credit cards using credit resources of other persons, creating both an economic danger to the community and a risk of flight.

5. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 14th day of July, 2017.

JAMES P. DONOHUE
Chief United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2